IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LIZBETH FLOR ANGEL CAMAC-HUANCA,

      Petitioner,

     v.                                 Case No. 2:25-cv-01253 KWR-JFR

KRISTI NOEM, *Secretary of the Department*
*of Homeland Security,*
MARY DE ANDA-YBARRA, *Field Office Director*
*Enforcement and Removal,*
DORA CASTRO, *Warden of Otero County Processing Center*,
PAMELA JO BONDI, *Attorney General of the United States, and*
TODD LYONS, *Director of the Immigration and Customs Enforcement*,

      Respondents.

## **ORDER**

      THIS MATTER comes before the Court *sua sponte*. The Court directed Petitioner to serve the Petition and Order on Respondents. Petitioner provided evidence that service was completed by certified mail on December 22, 2025. Doc. 9 at 1, 2. The Federal Respondents have not filed a response or answer to the Petition. The Warden complied with the Court's order and timely filed a joinder to Federal Respondents' forthcoming response, but did not file any substantive response. Respondents therefore had ample time – over a month – to work on a response to the Petition. If Respondents fail to answer the Petition within **seven (7) days**, the Court will rule on the merits of the Petition without further notice.

      The Court will construe any response or motion to dismiss as an answer to the habeas petition. A reply by Petitioner is due within **fourteen (14) days** of the filing of the response or answer, and this matter will be considered fully briefed and ready for decision. Of course, Petitioner may reply earlier than the deadline to expedite a decision.

If changed circumstances have affected this case, the parties should file a status report within **seven (7) days** of the entry of this order.

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the Clerk's office shall provide a copy of this order to the Federal Respondents at USANM.Civil.Immigration@usdoj.gov

\_\_\_\_/S/_____
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE